TDCJ Offender Details

*83,916-01*

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| SID Number: | 04593120 |
| TDCJ Number: | 02014148 |
| Name: | BLANKENSHIP,TOMMY WALTER |
| Race: | W |
| Gender: | M |
| DOB: | 1967-01-26 |
| Maximum Sentence Date: | 2022-04-12 |
| Current Facility: | JOE F GURNEY |
| Projected Release Date: | 2017-12-20 |
| Parole Eligibility Date: | 2015-10-04 |
| Offender Visitation Eligible: | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:** Offender is not scheduled for release at this time.

**Scheduled Release Type:** Will be determined when release date is scheduled.

**Scheduled Release Location:** Will be determined when release date is scheduled.

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |